# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

_____ Division

FILED
FEB 28 2025
Clerk, U.S. District Court
Texas Eastern

Larysa Boggess

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Smith County District Attorneys Office, T. Heath Chamness

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 6:25cv64 JDK/JDL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Larysa Boggess
Address: 2525 Shiloh Rd. #188
Tyler, Texas 75703
County: Smith County, Texas
Telephone Number: (903) 262-9246  (903) 283-5959
E-Mail Address: MilayaIara7@gmail.com  RVBiei@Yahoo.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: T. Heath Chamness  Smith County D.A.'s Office
Job or Title (if known): Attorney for the State # 24040667
Address: 100 N. Broadway Ave #400
Tyler, Tx. 75702
County: Smith County Texas
Telephone Number: (903) 590-1720
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: District Attorney Jacob Putman
Job or Title (if known): Chief District Attorney Smith County
Address: 100 N. Broadway Ave 4th Floor
Tyler, Tx 75702
County: Smith County, Texas
Telephone Number: (903) 590-1720
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   City    State    Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   City    State    Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   The D.A.'s office refused several attempts by the plaintiff to prove innocence and offered Grand Jury Testimony, when the accuser had and has an extensive easily available history of false accusations. The D.A. Chambless also deliberately closed lots of information from the jury that would additionally show innocence of the plaintiff, but deprived her of her freedoms and rights and put her through a trial where 12 Jurors found her Not guilty.

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

D.A. T. Heath Chamness acted under the color of law representing himself as The State of Texas vs. Larysa Boggess the Plaintiff accused. The D.A.'s Head Officer, Putman was contacted several times before the trial with evidence refused to drop the charges but persisted.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? These events took place in Tyler, Texas, where my adopted daughter lied to the police and had me arrested for felony impede breath. The Smith County D.A.s office has access to her records and we instructed them of the many times she has lied to authorities.

B. What date and approximate time did the events giving rise to your claim(s) occur? The arrest took place on July 7th 2022, I was placed on a type of pre-trial probation, deprived of my freedoms, suffered the loss of sleep, nervousness, being humiliated in urine test fees, stress finding legal representation, 4 different Attorneys the suffering of a public trial and I was found NOT GUILTY on Feb 29th 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Most I iterated above, but during this trial D.A. Chamness also lied to my attorney and said my only witness called him a derogatory name, in an effort to convince her not to call my witness who insisted on testifying. After my witness told the truth on the witness stand the D.A. had him arrested and placed in jail overnight for testifying to a fact about his lie to our lawyers (that he paid for) my witness is Randolph V. Brannon the case number is 007-2408-23 and the aquittal was filed on March 5th 2024

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional, traumatic, trust syndrome symptoms of dire fear and mistrust. I need possibly a lifetime of treatment. My photo was displayed on internet sites as a perpetrator of a felony crime, and I had never been arrested in my life. I went through several months of grief, sleeplessness, humiliation and loss the right to leave the city or state. I was ignored and deliberately refused to present known evidence to prove that the accuser, with the help of my soon to be X-husband, (who she lives with now) were using the state to punish me and the D.A. willfully ignored my pleadings and pursued the case.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking the court to award me 1 million dollars in punitive and compensatory damages for suffering and deprivation of my civil rights as a U.S. citizen. I am now severly mistrusting of people, even those close to me, and especially officials in governing of authoritative capacities. I will need years of psycological therapy and counseling proffesionally. During the trial they also put me in jail and gave me a $100,000 dollar bond that was torn after I was found NOT GUILTY by unanimous decision.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/27/2025

Signature of Plaintiff: Larysa Boggess

Printed Name of Plaintiff: Larysa Boggess

### B. For Attorneys

Date of signing: 

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City     State     Zip Code

Telephone Number

E-mail Address